UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR0874-LAB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| OTILO ALBERTO ALDAPA-ZAMORA (1), | ) | OF INFORMATION |
| ALBERTO CONTRERAS-QUEZADA, (2) | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in Criminal Case No. 07CR0874-LAB be dismissed, without prejudice, against Defendants OTILO ALBERTO ALDAPA-ZAMORA (1) and ALBERTO CONTRERAS-QUEZADA (2).

DATED: June 1, 2007

_____
HONORABLE LARRY A. BURNS
United States District Court Judge

Presented by:

KAREN P. HEWITT
United States Attorney

s/ Steve Miller
STEVE MILLER
Assistant U.S. Attorney